# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA, individually and on behalf of all others similarly situated, | : <br> : <br> : Case No. 2:12-cv-00645-GLL-CRE |
| Plaintiff, | : <br> : Chief Judge Gary L. Lancaster |
| v. | : <br> : U.S. Magistrate Judge Cynthia Reed Eddy |
| DOLLAR BANK, | : <br> : Electronically Filed |
| Defendant. | : |

## ORDER DISMISSING ACTION WITH PREJUDICE

AND NOW this 22 day of October, 2012, upon consideration of the parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Rule 23(e) and in accordance with the parties' Stipulation of Dismissal and Confidential Settlement Agreement and Release ("Settlement Agreement"), it is HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The above-captioned action is dismissed with prejudice as to Plaintiff Robert Jahoda's individual claims, including all claims that were brought or could have been brought by Plaintiff, with each Party to bear its own costs except as provided in the Settlement Agreement.

2. The above-captioned action is dismissed without prejudice as to the claims of the putative class members.

3. The Court retains jurisdiction over the parties and the above-captioned action with respect to the interpretation and enforcement of the Settlement Agreement.

4. The Clerk shall mark this case as CLOSED.

_____
Judge